**Opinion issued September 24, 2015**



In The

# Court of Appeals

### For The

# First District of Texas

———————————

### NO. 01-15-00739-CR

### NO. 01-15-00740-CR

———————————

## IN RE WILLIAM HAYWARD FREEMAN, SR., Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, William Hayward Freeman, Sr., has filed a petition for writ of mandamus seeking to compel the court reporter to provide him with a full transcript of trial court proceedings.

We deny the petition for writ of mandamus.[1]

---

[1] The underlying case is *Freeman v. State*, No. 1322259, in the 182nd District Court of Harris County, Texas, the Honorable James Anderson presiding.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.

Do not publish. TEX. R. APP. P. 47.2(b).